*Plaintiff(s) Counsel:*
David Kuttles, Esq.
THE LANIER LAW FIRM, PLLC
Tower 56
126 E. 56th Street, 6th Floor
New York, New York 10022
(T) 212-421-2800
(F) 212-421-2878

-and-

J. Hawley Holman, Esq.
Holman & Langdon, LLP
2222 St. Michael Drive
Texarkana, Texas 75505
(T) 903-792-4513
(F) 903-792-3762

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific No: 06-CV-6219<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| CORENE MAY, as Administratrix of the Estate of KENNETH MAY and CORENE MAY, Individually,<br><br>Plaintiff(s),<br><br>v.<br><br>PFIZER INC., ET AL.,<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, CORENE MAY, as Administratrix of the Estate of KENNETH MAY and CORENE MAY, Individually, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

hereby stipulate to the dismissal of this action, only, with prejudice with each side bearing its own attorneys' fees and costs.

DATED: March 16, 2009    By: _____
David Kuttles, Esq.
THE LANIER LAW FIRM, PLLC
Tower 56
123 E. 56th Street, 6th Floor
New York, New York 10022
(T) 212-421-2800
(F) 212-421-2878

-and-

J. Hawley Holman, Esq.
Holman & Langdon, LLP
2222 St. Michael Drive
Texarkana, Texas 75505
(T) 903-792-4513
(F) 903-792-3762

*Counsel for Plaintiff(s).*

DATED: April 15, 2009    By: _____
Michelle Sadowsky, Esq.
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
(T) 212-335-4625
(F) 212-884-8675

*Defendants' Liaison Counsel.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 23, 2009    _____
Hon. Charles R. Breyer
United States District Court

